Hon. Laura King

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PELMIR ENTERPRISE INC. d/b/a MONSTER DOLLAR, a Washington corporation,<br><br>　　　　　Defendant. | Civil Action No. 2:22-cv-0524-LK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Knobbe, Martens, Olson & Bear, LLP
925 Fourth Ave, Suite 2500, Seattle, WA 98104
(206) 405-2000

**TO THE COURT AND ALL PARTIES IN INTEREST:**

Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company hereby voluntarily dismisses its claims asserted in this action against Defendant Pelmir Enterprises, Inc. d/b/a Monster Dollar without prejudice.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 30, 2024           By: *s/ Jacob R. Rosenbaum*

> Steven J. Nataupsky (*Pro Hac Vice*)
> steven.nataupsky@knobbe.com
> Jacob R. Rosenbaum (*Pro Hac Vice*)
> jacob.rosenbaum@knobbe.com
> KNOBBE, MARTENS, OLSON & BEAR, LLP
> 2040 Main Street, Fourteenth Floor
> Irvine, CA  92614
> Phone: (949) 760-0404
> Facsimile: (949) 760-9502
>
> Carol Pitzel Cruz (SBN 41193)
> carol.pitzel.cruz@knobbe.com
> Nathan D. Reeves (SBN 50055)
> nathan.reeves@knobbe.com
> KNOBBE, MARTENS, OLSON & BEAR, LLP
> 925 Fourth Ave. Ste. 2500
> Seattle WA 98104
> Phone: (206) 405-2000
> Facsimile: (206) 405-2001

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

59007699